## GENERAL COURT, (E. S.) APRIL TERM, 1804.

### PATTON and JONES *vs.* WILMOT.

ASSUMPSIT by the indorsee against the indorsor of a promissory note.

*Whether or not due diligence has been used by the indorsee of a promissory note to recover the money from the drawer, is a question of law.*

*Hammond,* for the plaintiff, cited 2 *T. R.* 217. *Esp. N. P.* 57.

*Bullitt,* for the defendant, cited *Esp. N. P.* 54. 1 *T. R.* 67. *Kyd. on Bills,* 119.

*Where there has not been due diligence, a subsequent promise by the indorsor to pay the note will make him liable.*

CHASE, Ch. J. There has not been due diligence used to recover the money from the drawer of the note, and it is the province of the court to determine whether or not due diligence has been used. The jury therefore must find their verdict for the defendant, unless it appears to them that the defendant has subsequently promised to pay the amount of the note to the indorsee.